```
                        United States Bankruptcy Court
                            District of Connecticut
In re:                                                         Case No. 14-30133-jam
Mohamad W. Barakat                                             Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0205-3          User: admin                 Page 1 of 1          Date Rcvd: May 07, 2014
                              Form ID: B18                Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2014.
db         +Mohamad W. Barakat,    74 Elizabeth Street,    West Haven, CT 06516-1062
8191551    +Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
8191552    +Charlise Benford,   C/O Bershstein Bershtein & Ber,     1188 Dixwell Avenue,
             Hamden, CT 06514-4732
8191555    +Fair Collections & Outsourcing,    12304 Baltimore Avenue, Suite,    Beltsville, MD 20705-1314
8191558    +J.C. Christensen & Associates,,    P.O. Box 519,   Sauk Rapids, MN 56379-0519
8191560    +Mohammed S. Hellail,    603 Century Plaza Drive,    Houston, TX 77073-6008
8191562     Southern Connecticut Gas Compa,    P.O. Box 1999,   Augusta, ME   04332-1999
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8191547      EDI: ATTWIREBK.COM May 07 2014 18:38:00      AT&T,   P.O. Box 5014,    Carol Stream, IL  60197-5014
8191545     +E-mail/Text: American@AABinfo.net May 07 2014 18:36:02       American Adjustment Bureau,
             P.O. Box 2758,    Waterbury, CT 06723-2758
8191546      EDI: AMEREXPR.COM May 07 2014 18:38:00      American Express,    P.O. Box 1270,
             Newark, NJ  07101-1270
8191548      EDI: BANKAMER.COM May 07 2014 18:38:00      Bank of America,    P.O. Box 982235,
             El Paso, TX  79998-2235
8191549     +EDI: STFC.COM May 07 2014 18:38:00      CACH, LLC,   4340 S. Monaco Street, Suite 1,
             Denver, CO 80237-3485
8191550      E-mail/Text: bankruptcy@cavps.com May 07 2014 18:36:35       Cavalry Portfolio Service,
             P.O. Box 27288,    Tempe, AZ   85285
8191554      EDI: CINGMIDLAND.COM May 07 2014 18:33:00      Cingular Wireless,    12525 Cingular Way, Suite 3210,
             Alpharetta, GA  30004-8502
8191553     +EDI: CHASE.COM May 07 2014 18:38:00      Chase Bank USA,    800 Brooksedge Blvd,
             Westerville, OH 43081-2822
8191556     +EDI: CITICORP.COM May 07 2014 18:38:00      Gordons Jewelers/Citibank,    P.O. Box 6497,
             Sioux Falls, SD 57117-6497
8191557     +EDI: HFC.COM May 07 2014 18:38:00      HSBC Bank,   P.O. Box 5253,    Carol Stream, IL 60197-5253
8191559     +EDI: MID8.COM May 07 2014 18:38:00      Midland Funding, LLC,    8875 Aero Drive, Suite 200,
             San Diego, CA 92123-2255
8191561     +E-mail/Text: creditreconciliation@peoples.com May 07 2014 18:36:19        People’s United Bank,
             1000 Lafayette Boulevard,    Bridgeport, CT 06604-4707
8191563     +E-mail/Text: bankruptcy@sw-credit.com May 07 2014 18:36:21        Southwest Credit Systems,
             5910 W. Plano Parkway, Sutie 1,    Plano, TX 75093-2202
8191564      EDI: AISTMBL.COM May 07 2014 18:38:00      T-Mobile,   P.O. Box 742596,
             Cincinnati, OH  45274-2596
8191565     +E-mail/Text: bankruptcy@uinet.com May 07 2014 18:35:44        United Illuminating,
             157 Church Street,    New Haven, CT 06510-2103
8191566     +EDI: AFNIVZWIRE.COM May 07 2014 18:38:00      Verizon Wireless,    Bankruptcy Department,
             P.O. Box 3397,    Bloomington, IL 61702-3397
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on May 7, 2014 at the address(es) listed below:
            Kara S. Rescia     on behalf of Trustee Kara S. Rescia kara.rescia@7trustee.net,
             CT23@ecfcbis.com;jenn@eatonandrescia.com
            Kara S. Rescia     kara.rescia@7trustee.net, CT23@ecfcbis.com;jenn@eatonandrescia.com
            Timothy M. Pletter    on behalf of Debtor Mohamad W. Barakat pletterbk@gmail.com
            U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Connecticut
Case No. <u>14–30133</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohamad W. Barakat
   74 Elizabeth Street
   West Haven, CT 06516

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0304

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                                BY THE COURT

Dated: <u>5/7/14</u>                                             <u>Julie A. Manning</u>
                                                                United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**